IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES E. KEMPFER,

    Petitioner,

v.                        Criminal Case No. 09-cr-30146-DRH-3

                          Civil Case No. 11-cv-480-DRH

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court on petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Petitioner pled guilty to conspiracy to manufacture methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846, on February 12, 2010. On June 4, 2010, the Court sentenced petitioner to 120 months imprisonment, to be followed by a five year term of supervised release (09-cr-30136-DRH, Doc. 164). Petitioner did not directly appeal his conviction, nor has he previously moved for any form of collateral relief. Petitioner's instant timely-filed petition raises various claims of ineffective assistance of counsel.

    Pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, the Court **ORDERS** the government to file a response to petitioner's motion within

**THIRTY (30) DAYS** of the date of this Order. The government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Signed this 28th day of July, 2012.

David R. Herndon
2012.07.28
07:31:30 -05'00'

**Chief Judge**
**United States District Judge**