IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES E. KEMPFER, SR.,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                                           No. 11-cv-480-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 11, 2013, Petitioner's claims are **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                 BY:  s/*Sara Jennings*
                                              **Deputy Clerk**

Dated:  April 11, 2013

                              Digitally signed by
                              David R. Herndon
                              Date: 2013.04.11
                              12:03:19 -05'00'
APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT